UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE L. BUTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL YARBOROUGH, et al.,<br><br>    Defendants. | 1:03-CV-5420 REC WMW P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #12) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 18, 2005, plaintiff filed a motion to extend time to file a first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file a first amended complaint.

IT IS SO ORDERED.

**Dated:**   December 15, 2005           **/s/ William M. Wunderlich**
j14hj0                                             UNITED STATES MAGISTRATE JUDGE