IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE LEE BUTLER,<br><br>                           Plaintiff,<br><br>    v.<br><br>MICHAEL YARBOROUGH,<br><br>                           Defendant. | CASE NO. 1:03-cv-5420 AWI WMW P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

      Good cause appearing, Defendants are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before November 8, 2006.

IT IS SO ORDERED.

**Dated:   October 11, 2006**               /s/  William M. Wunderlich
j14hj0                                                     UNITED STATES MAGISTRATE JUDGE