UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE L. BUTLER, | 1:03-CV-5420 AWI WMW P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (DOCUMENT #25) |
| MICHAEL YARBOROUGH, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 27, 2006, plaintiff filed a motion to extend time to reply in opposition to the motion to dismiss filed by defendant. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his opposition.

IT IS SO ORDERED.

**Dated:  January 3, 2007**          /s/ **William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE